1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9
10                  **CENTRAL DISTRICT OF CALIFORNIA**
11  KENNETH JAH'MALL JOHNSON,      )      NO. ED CV 11-368-RGK(E)
                                   )
12            Petitioner,          )
                                   )
13       v.                        )           JUDGMENT
                                   )
14  SECRETARY OF CALIF. DEPT. OF   )
    CORR. & REHAB (CDCR), et al., )
15                                 )
                                   )
16            Respondent.          )
                                   )
17  _____)
18
19       Pursuant to the Order Adopting Findings, Conclusions and
20  Recommendations of United States Magistrate Judge,
21
22       IT IS ADJUDGED that the Petition is denied and dismissed without
23  prejudice.
24
25       DATED: July 25, 2011.
26
27       _____
                      R. GARY KLAUSNER
28                UNITED STATES DISTRICT JUDGE